1474

## MOTION DOCKET

**93–2034.** Ohio Contractors Assn. v. Bicking. *Franklin County,* No. 93AP–939. On motion to dismiss. Motion denied.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**94–431.** SFA Folio Collections, Inc. v. Tracy. Board of Tax Appeals, No. 91–K–295. On requests for argument before full court. Requests granted.